Commonwealth *v.* Gaito, Appellant.

Submitted November 10, 1969.

*Thomas P. Ruane, Jr.,* Public Defender, for appellant; *A. J. Kuzdenyi,* First Assistant District Attorney, and *Joseph E. Kovach,* District Attorney, for Commonwealth, appellee.

Order affirmed.